AARON BERLIN & FEIGE ZARETSKY
1909 NEW YORK AVENUE
BROOKLYN, NY 11210
(917) 803-4155

December 9, 2010

BY HAND DELIVERY

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

RE: Feige Zaretsky & Aaron Berlin vs. Maxi-Aids, Inc., et al.
Docket No. CV 10-03771; Filed August 16, 2010

Dear Your Honor,

We are the plaintiffs in the above referenced action. By this letter we respectfully seek an order from the Court granting an enlargement of the time to amend the complaint filed in this action and additional time to serve the defendants herein with the Summons and [Amended] Complaint. As of today's date none of the defendants have been served with this action, and they would therefore not be prejudiced by the Court's granting our requests.

The instant action seeks compensation for damage and losses directly caused by defendants' to Plaintiffs' property and business in violation of 18 U.S.C. 1962. The elements under the Rico Statute are complex and numerous and we believe without any question that the instant complaint as currently filed with the Court needs to be amended in order to conform with the federal statutes. Additionally, there are numerous defendants to this action, and we expect service upon them to become difficult as soon as one or two of them receive their papers.

(over)

Hon. Sandra J. Feuerstein
United States District Court
December 9, 2010
Page 2 of 2

Accordingly, it is most respectfully requested that Your Honor grant the undersigned plaintiffs an enlargement of the time to amend and serve our Summons and Amended Complaint until February 28, 2010.

Thank you for giving this matter your immediate attention.

Very sincerely yours,

*Aaron Berlin & Feige Zaretsky*

Aaron Berlin & Feige Zaretsky
Plaintiffs, Pro Se