UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| FEIGE ZARETSKY a/k/a FEIGE BERLIN and AARON BERLIN, | Case No. 2:10-cv-03771 (SJF)(ETB) |
| Plaintiffs, | |
| -against- | |
| ELLIOT ZARETSKY, MAXI-AIDS INC., ANGELA GIGLIO, HAROLD ZARETSKY, SHIRLEY ZARETSKY, DAVID WACHOLDER, LARRY DIBLASI, RAOUL FELDER, SUSAN RUBIN, DANIEL HERRERA, LATONYA THOMPSON, PAMELA STEIN, TERESA BULTER, MICHAEL D. SOLOMON, SOLOMON & HERRERA, PLLC, IGLAR INC. a/k/a ABLE-VISION, RICHARD L. HAUSE, SAMUELSON, HAUSE & SAMUELSON, LLP, RAOUL FELDER AND PARTNERS, P.C., ALISA J. EPSTEIN, HEAR-MORE INC., JOHN DOE 1-9, JANE DOE 1-9, THE UNITED STATES DEPARTMENT OF THE TREASURY, NEW YORK STATE DEPARTMENT OF TAXATION, AMAZON.COM, INC., CAPITAL ONE BANK, N.A., EUROPEAN AMERICAN BANK, JP MORGAN CHASE BANK, N.A., AND M & H INC., | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

----------------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant JPMorgan Chase Bank, N.A., incorrectly sued herein as JP Morgan Chase Bank, N.A., certifies that JPMorgan Chase Bank, N.A. is a wholly owned

2

subsidiary of its parent corporation, JPMorgan Chase & Co., a publicly held corporation.

Dated: New York, New York
       March 25, 2011

                         LEVI LUBARSKY & FEIGENBAUM LLP

                         By: s/ Adam D. Weiss
                             Adam D. Weiss
                             1185 Avenue of the Americas, 17th Floor
                             New York, New York 10036
                             (212) 308-6100

                        *Attorneys for Defendant JPMorgan Chase Bank, N.A.*