Bruce S. Goodman, Esq.
bgoodman@zeklaw.com
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400 (phone)
(212) 753-0396 (fax)

Attorneys for *Citibank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEIGE ZARETSKY a/k/a FEIGE BERLIN and AARON BERLIN,<br><br>       Plaintiffs,<br><br>  - against -<br><br>ELLIOT ZARETSKY, MAXI-AIDS INC., ANGELA GIGLIO, HAROLD ZARETSKY, SHIRLEY ZARETSKY, DAVID WACHOLDER, LARRY DIBLASI, RAOUL FELDER, SUSAN RUBIN, DANIEL HERRERA, LATONYA THOMPSON, PAMELA STEIN, TERESA BULTER, MICHAEL D. SOLOMON, SOLOMON & HERRERA, PLLC., IGLAR INC. a/k/a/ ABLE-VISION, RICHARD L. HAUSE, SAMUELSON, HAUSE & SAMUELSON, LLP, RAOUL FELDER AND PARTNERS, P.C., ALISA J. EPSTEIN, HEAR-MORE INC., JOHN DOE 1-9, AND JANE DOE 1-9,<br><br>       Defendants,<br><br>THE UNITED STATES DEPARTMENT OF THE TREASURY, NEW YORK STATE DEPARTMENT OF TAXATION, AMAZON.COM, Inc., CAPITAL ONE BANK, N.A., EUROPEAN AMERICAN BANK, JP MORGAN CHASE BANK, N.A., and M & H, Inc.,<br><br>       Relief Defendants | Case No.:10 CV 3771 (SJF) (ETB)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for Citibank, N.A., successor in interest to European American Bank, named as a defendant. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        March 30, 2011

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Bruce S. Goodman
575 Lexington Avenue
New York, New York 10022
Tel: (212) 223-0400

*Attorneys for Citibank, N.A.*