UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FEIGE ZARETSKY a/k/a FEIGE BERLIN and
AARON BERLIN,

                Plaintiffs,

    -against-

ELLIOT ZARETSKY, MAXI-AIDS INC.,
ANGELA GIGLIO, HAROLD ZARETSKY,
SHIRLEY ZARETSKY, DAVID WACHOLDER,
LARRY DIBLASI, RAOUL FELDER, SUSAN
RUBIN, DANIEL HERRERA, LATONYA
THOMPSON, PAMELA STEIN, TERESA
BULTER, MICHAEL D. SOLOMON, SOLOMON
& HERRERA, PLLC, IGLAR INC. a/k/a ABLE-
VISION, RICHARD L. HAUSE, SAMUELSON,
HAUSE & SAMUELSON, LLP, RAOUL FELDER
AND PARTNERS, P.C., ALISA J. EPSTEIN,
HEAR-MORE INC., JOHN DOE 1-9, JANE DOE
1-9, THE UNITED STATES DEPARTMENT OF
THE TREASURY, NEW YORK STATE
DEPARTMENT OF TAXATION,
AMAZON.COM, INC., CAPITAL ONE BANK,
N.A., EUROPEAN AMERICAN BANK, JP
MORGAN CHASE BANK, N.A., AND M & H
INC.,

                Defendants.
-----------------------------------------------------------------x

Case No. 2:10-cv-03771
(SJF)(ETB)

**STIPULATION**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned *pro se* plaintiffs and counsel for and on behalf of JPMorgan Chase Bank, N.A. ("JPMorgan"), incorrectly sued herein as JP Morgan Chase Bank, N.A., as follows:

        1.     The time for JPMorgan to answer, move, or otherwise respond with respect to plaintiffs' complaint in the above-entitled action is hereby extended from March 31, 2011 to May 13, 2011.

2. This is JPMorgan's first request for an extension of time to answer, move, or otherwise respond with respect to plaintiffs' complaint.

3. This stipulation may be executed in counterparts, and by facsimile or electronic mail, and filed with the Court without further notice.

Dated: New York, New York
April 1, 2011

FEIGE ZARETSKY
With Permission  a.B.

By: _____
Feige Zaretsky
10 Chestnut Drive
Plainview, NY 11803
(516) 303-0707
*Pro Se Plaintiff*

AARON BERLIN

By: _____
Aaron Berlin
1909 New York Avenue
Brooklyn, NY 11210
(917) 803-4155
*Pro Se Plaintiff*

LEVI LUBARSKY & FEIGENBAUM LLP

By: _____
Adam D. Weiss
1185 Avenue of the Americas, 17th Floor
New York, NY  10036
(212) 308-6100
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

SO ORDERED:

_____
HON. E. THOMAS BOYLE
UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2011

2