AARON BERLIN<br>
1909 NEW YORK AVENUE<br>
BROOKLYN, NY 11210<br>
(917) 803-4155

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 17 2011 ★

LONG ISLAND OFFICE

June 16, 2011

<u>BY HAND DELIVERY</u>

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        RE: Feige Zaretsky & Aaron Berlin vs. Maxi-Aids, Inc., et al.
           Docket No. CV 10-03771; Filed August 16, 2010

Dear Your Honor,

My daughter filed yesterday for protection at the Bankruptcy Court, Eastern District of New York. A copy of that Court's receipt is attached. It was certainly never her intent in any manner to cause any delays in the instant action, and I shall endeavor to see that our case proceeds forward.

 Thank you for giving this matter your immediate attention.

                              Very sincerely yours,

                              *[signature]*

                              Aaron Berlin
                              Plaintiff Pro Se

CC: Hon. Magistrate Judge E. Thomas Boyle
     All defendants' counsel
     Defendant David Wacholder

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/15/2011 at 3:58 PM and filed on 06/15/2011.

**Feige Zaretsky**
10 Chestnut Drive
Plainview, NY 11803
SSN / ITIN: xxx-xx-7514
*aka*
**Feige Sara Zaretsky**



The bankruptcy trustee is:

**Michael J. Macco**
135 Pinelawn Road
Suite 120 South
Melville, NY 11747
(631) 549-7900

The case was assigned case number 8-11-74257-reg to Judge Robert E. Grossman.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 290 Federal Plaza, P.O. Box #9013, Central Islip, NY 11722-9013.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy**
**Court**