UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FEIGE ZARETSKY, a/k/a FEIGE BERLIN, and
AARON BERLIN,

                  Plaintiffs,             ORDER

     -against-                           CV 10-3771 (SJF) (ETB)

ELLIOT ZARETSKY, MAXI-AIDS INC.,
ANGELA GIGLIO, HAROLD ZARETSKY,
SHIRLEY ZARETSKY, DAVID WACHOLDER,
LARRY DIBLASI, RAOUL FELDER, SUSAN
RUBIN, DANIEL HERRERA, LATONYA
THOMPSON, PAMELA STEIN, TERESA
BUTLER, MICHAEL D. SOLOMON,
SOLOMON & HERRERA, PLLC., IGLAR INC.,
a/k/a ABLE-VISION, RICHARD L. HAUSE,
SAMUELSON, HAUSE & SAMUELSON, LLP.,
RAOUL FELDER AND PARTNERS, P.C.,
ALISA J. EPSTEIN, HEAR-MORE INC., JOHN
DOE 1-9, and JANE DOE 1-9,

                   Defendants,

      -and-

THE UNITED STATES DEPARTMENT OF THE
TREASURY, NEW YORK STATE DEPARTMENT
OF TAXATION, AMAZON.COM, INC., CAPITAL
ONE BANK, N.A., EUROPEAN AMERICAN
BANK, JP MORGAN CHASE BANK, N.A., and
M & H INC.,

            Relief Defendants.
-----------------------------------------------------------------X

       Plaintiffs have requested a further extension of time to file their RICO Case Statement.

    The application is GRANTED.  The RICO Case Statement shall be filed on or before

-1-

10/1/2011.  This is the final extension.

The pro se plaintiffs' involvement in state court litigation does not constitute "good cause" for failure to comply with the orders of the Court or for the plaintiffs' failure to diligently prosecute this action.

In light of this extension, defendants' various requests to dismiss and motions to dismiss (ECF Nos. 63, 64, 66, 67, and 69) are denied without prejudice.

Defendants are directed to serve a copy of this Order on plaintiffs.


**SO ORDERED:**

Dated: Central Islip, New York
         August 10, 2011

/s/ E. Thomas Boyle_____
E. THOMAS BOYLE
United States Magistrate Judge