United States District Court
Eastern District of New York

_____

NOTICE OF
RELATED CASE

_____
_____

The Civil Cover Sheet filed in civil action

11 CV 4480

1) indicated that this case is related to the following case(s):

_____

_____

_____

-OR-

2) the case was directly assigned to Judge Sandra J. Feuerstein

as a Pro Se case related to

10 CV 3771.