UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
FEIGE ZARETSKY a/k/a FEIGE BERLIN and
AARON BERLIN,

                     Plaintiffs,

           -against-

ELLIOT ZARETSKY, MAXI-AIDS, INC., ANGELA
GIGLIO, HAROLD ZARETSKY, SHIRLEY
ZARETSKY, DAVID WACHOLDER, LARRY
DIBLASI, RAOUL FELDER, SUSAN RUBIN,
DANIEL HERRERA, LATONYA THOMPSON,
PAMELA STEIN, TERESA BULTER, MICHAEL D.
SOLOMON, SOLOMON & HERRERA, PLLC.,
IGLAR INC. a/k/a ABLE-VISION, RICHARD L.
HAUSE, SAMEULSON, HAUSE & SAMEULSON,
LLP., RAOUL FELDER AND PARTNERS, P.C.,
ALISA J. EPSTEIN, HEAR-MORE, INC., JOHN DOE
1-9 and JANE DOE 1-9,

                     Defendants.

                  -and-

THE UNITED STATES DEPARTMENT OF THE
TREASURY, NEW YORK STATE DEPARTMENT
OF TAXATION, AMAZON.COM, Inc., CAPITAL
ONE BANK, N.A., EUROPEAN AMERICAN BANK,
JP MORGAN CHASE BANK, N.A. and M & H Inc.,

                   Relief Defendants.

---------------------------------------------------------------------x

Docket No.: 3771 CV 10
           (JF)(MJB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) s.s.:
COUNTY OF NASSAU    )

       **LISA GUGLIOTTA,** being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Carle Place, New York.

That on October 13, 2011, deponent served the within **ORDER CANCELING TELEPHONE CONFERENCE AND REPORT AND RECOMMENDATION ISSUED BY JUDGE BOYLE** upon:

Aaron Berlin and Feige Zaretsky
1909 New York Avenue
Brooklyn, NY 11210

the plaintiffs in this action, at the above addresses designated by said plaintiffs for that purpose by depositing the papers, enclosed in a properly addressed wrapper into the custody of an overnight delivery service for overnight delivery, prior to the latest time designated by the overnight delivery service for overnight delivery, addressed to the above addresses.

_____
LISA GUGLIOTTA

Sworn to before me this
13th day of October, 2011.

_____
NOTARY PUBLIC

KATHLEEN L. WRIGHT
Notary Public, State of New York
No. 02WR6246254
Qualified in Nassau County
Commission Expires August 8, 2015