AARON BERLIN & FEIGE ZARETSKY
1909 NEW YORK AVENUE
BROOKLYN, NY 11210
(917) 803-4155



November 11, 2011

BY HAND DELIVERY

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

        RE: Feige Zaretsky & Aaron Berlin vs. Maxi-Aids, Inc., et al.
           Docket No. CV 10-03771; Filed August 16, 2010

Dear Your Honor,

I have enclosed hereto a copy of a letter that I sent to Judge Steven M. Jaeger at the New York State Supreme Court, relating to certain very disturbing statements made to me over the past two days by Michael D. Solomon and Susan Rubin, both defendants in the above referenced matter. In addition to the statements reflecting continued misconduct emanating from behind closed doors at the state courthouse, the instant case before Your Honor, much of which is based on bribery, judicial misconduct and fraud, is being carefully monitored by the state court as well.

While I still pray that Your Honor will accept our RICO statement, I wish to request again, as I requested in my previous letter dated Monday October 3, 2011(and which I personally delivered to the Cadman Plaza East Courthouse's security guard about 9 P.M. on that same day), that I be permitted to amend my complaint. The reason being that the RICO predicate acts that occurred subsequent to the filing of the instant complaint, particularly beginning May of 2011, strongly dwarfs those previous events mentioned in the instant complaint. Moreover, the

                                                                     (over)

(Continued)
Letter to Hon. Sandra J. Feuerstein
November 11, 2011
Page 2 of 3 Pages

latter events lend solid support and proof to the truthfulness of allegations. Although, I discovered a witness to the original fraud scheme, as well as a major flaw in the state libel case, namely a defective notice of entry, on which the 1.3 million dollar money judgment against Feige and I, and the Sheriff's sale of Feige's home, was purportedly hinged upon, there were two state court judges together with attorney Michael Solomon et al, that had a totally different plan on how Feige's home was to be secretly sold and a certain windfall from the two-thirds reduced homestead amount was to be divided. Accordingly, it mattered not as to our being innocent and in the right, the false judgments were to stand and Feige's home was to be sold.

I firmly believe, based on certain proofs that I possess, that the one hundred thousand dollar homestead reduction intended to have become an order by Judge Ute Wolf Lally, together within the order directing the sale of the house, was actually paid out in advance, either in part or in whole. Surely, with proper discovery in the instant civil case the answer will come out.

On the other hand, if there is only a criminal action pending, much of the corruption that occurred and that is still ongoing at the state courthouse will be more difficult to prove. Surely, Solomon and his cohorts will all be pleading the Fifth Amendment. Maybe, or most probably, this is why Solomon and his cohorts were so concerned to keep me overly occupied at the state courthouse during this past summer and September. It was their hope to see my action in this Federal Court defeated on my lateness and default. The proofs of this are numerous and solid. As just one example, the one party pseudo stipulation signed by Judge Jaeger to prevent me from executing my legal right to bring a motion to vacate is summary proof of this. (A copy of the ex-parte court ordered stipulation is annexed to my previous letter dated November 9, 2011.)

After what I heard over the past two days, as stated in the enclosed letter, I suspect Solomon and his superior cohorts believe that having me falsely incarcerated will serve to protect them from my proceeding in the instant case, as well as from my filing criminal charges with the Federal Bureau of Investigation.

(over)

(Continued)
Letter to Hon. Sandra J. Feuerstein
November 11, 2011
Page 2 of 3 Pages

There are additionally numerous reasons to believe that the conspiracy I have uncovered against Feige and I, spreads far beyond my case.

The defendants herein have not filed answers to the instant complaint, and would not be prejudiced by an amended complaint at this time.

Thank you for giving this letter your immediate attention.

Very sincerely yours,

Aaron Berlin


cc: All Defendants' Counsel
    Feige Zaretsky
    David Wacholder

AARON BERLIN
1909 NEW YORK AVENUE
BROOKLYN, NY 11210
(917) 803-4155

November 11, 2011

Hon. Steven M. Jaeger
Supreme Court of the State of New York
County of Nassau
100 Supreme Court Drive
Mineola, New York

                        RE: Underlying Action, Zaretsky, et al. vs. Berlin, et al.,
                             Index No. 17869/08 & its' Latest
                             Ancillary Action, Index No. 13954/10

Dear Judge Jaeger,

This past Wednesday, November 9, 2011, my daughter and I were at the Nassau County Family Court located in Westbury, relating to certain child support issues between Feige and her ex-husband, Harold Zaretsky. Harold was there together with his father, Elliot Zaretsky, and Michael Solomon his attorney. During one of the breaks, and while in the courthouse corridor, I was accosted by Michael Solomon who insisted, "Judge Jaeger has already prepared an order denying all your absurd motions and to have you thrown in jail for contempt of court. He's just waiting for your big time defeat on the RICO."

On the following morning, November 10, 2011, I was present at Difference Case Management (DCM), located in the Supreme Court building, to oppose a scheduled preliminary conference for that day, relating to the above referenced latest ancillary case currently pending before Judge Michele Woodard. As in the underlying case referenced above, Michael Solomon is the attorney of record. The clerk directed Susan Rubin, who attended the conference as the Of Counsel to Michael Solomon, to meet with me in order to agree on a discovery schedule. I insisted to Rubin that I want to see Judge Woodward; that there is a pending show

                                                                                    (over)

Hon. Steven M. Jaeger
Supreme Court of the State of New York
Letter dated November 11, 2011
Page 2 of 3 Pages

cause before Judge Jaeger to have the two related cases consolidated; that there is a stay on discovery issued by Judge Jaeger in the underlying case; and that she (Rubin) was illegally trying by means of the ancillary case to circumvent Judge Jaeger's order. Rubin became facially outraged and falsely insisted that the two cases are not related. I then repeated my words to the clerk, insisting I want to see the judge. I also advised the clerk that Judge Woodward had received from me a day earlier a letter containing a copy of my show cause to Judge Jaeger, with a full description of the frivolous game playing on the part of the plaintiffs' counsel. Rubin was infuriated and after further insisting that the two cases were unrelated, she told me, "Judge Jaeger has already ruled that Feige's house is to be sold; which means we will be getting full discovery; his decision will be coming out in the very near future and you will also be receiving jail time for contempt."

The aforementioned shameless words of both Solomon and Rubin reflect despicable leakage of material insider information stemming from within the courthouse that requires no further commentary. Or, did Solomon and Rubin enter into another unlawful ex-parte stipulation with the Court? My response to Rubin was identical to my response the previous day to Solomon. "Yes, I intend to be at the jail – I will be there to visit you."

The clerk subsequently returned with a curious message in my favor from Judge Woodward containing an echo from Judge Jaeger saying, "the matter is indeed pending before Judge Jaeger, and that Judge Jaeger said that there will be no rulings by him until sixty-days, January 9, 2012, . . . . accordingly Judge Woodward said there should be no phone calls to her chambers on this matter before sixty-days."

In consideration of all the above, I am now in the process of preparing papers for a full stay from the Appellate Division on all matters currently pending before this Court. Michael Solomon and Susan Rubin and their criminal cohorts are a disgrace to Nassau County Supreme Court and to the entire New York State

(over)

Hon. Steven M. Jaeger
Supreme Court of the State of New York
Letter dated November 11, 2011
Page 3 of 3 Pages

judicial system. My daughter and I have been subjected to enough stress and financial loss caused by Elliot Zaretsky together with Solomon & Herrera's gang of con-artists paying their way through the state courts. My motto is now "the buck stops here". I intend to do all in my power to put a stop to these criminals.

Thank you for giving this matter your attention.

Very sincerely yours,

Aaron Berlin

cc: Hon. Sandra J. Feuerstein, United States District Court
    Solomon & Herrera
    All Defendants -Docket No. CV 10-3771 (SJF)(ETB)
    Feige Zaretsky