FILED
IN CLERK'S OFFICE
US D... E.D.N.Y

★ ... ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

FEIGE ZAERETSKY and AARON BERLIN,

        Plaintiff,

-against-

MAXI-AIDS, INC., et al.,

        Defendants.

ORIGINAL

CV 10-3771 (SJF))



RECEIVED
NOV - 4 2011
PRO SE OFFICE

### CERTIFICATE OF SERVICE

The undersigned certifies that on ~~AUGUST 17~~ 2011 _Nov 4/2011_
                                      (date of mailing)
a copy of the annexed papers was served by depositing same, enclosed
in a properly addressed postage-paid envelope, in an official depository
under the exclusive care and custody of the United States Postal Service
within the State of New York, upon [specify name and mailing address of
each party served]:

    MOUND COTTON WOLLAJST Sc GREENGRASS
            COUNSELLORS AT LAW

          ONE BATTERY PARK
         PLAZA NEW YORK, NY
            10004-1486

   MIRANDA SAMBURSKY SLONE SKLARIN VERVENIOTIS

       THE ESPOSITO BUILDING

     240 MINEOLA BOULEVARD

       MINEOLA, NY 11501

NICOLE FEDER (NF3496)
Attorneys for Defendants
RICHARD L. HAUSE, ALISA J. EPSTEIN and
SAMUELSON, HAUSE & SAMUELSON, L.L.P.
1001 Franklin Avenue, 3rd Floor
Garden City, New York 11530

Adam B. Gilbert, Esq.
NIXON PEABODY, LLP
Attorneys for Defendants
*Raoul Felder and Raoul Felder & Partners, P. C.*
437 Madison Avenue
New York, NY 10022

Adam Weiss, Esq.
LEVI LUBARSKY & FEIGENBAUM LLP
Attorneys for Relief Defendant
*JPMorgan Chase Bank, N.A.*
1185 Avenue of the Americas, 17th Floor
New York, NY 10036

Mark Zeichner, Esq.
Bruce Seth Goodman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
Attorneys for Relief Defendant *Citibank, N.A., Successor in Interest to European American Bank* 575 Lexington Avenue

== VALERIE SINGLETON
ASSISTANT ATTORNEY GENERAL IN CHARGE NASSAU REGIONAL OFFICE
200 Old Country Road, Suite 240 Mineola, NY 11501-4241
Us department of treasury
10TH AND CONSTITUTION AVE.,
NW WASHINGTON, DC 20530

Mr. David Wacholder
349 East 5th Street
Brooklyn, NY 11218

AARON BERLIN

DATE

NOV 4 2011