UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FEIGE ZARETSKY, a/k/a FEIGE BERLIN, and
AARON BERLIN,

       Plaintiffs,

   - against -

MAXI-AIDS, INC., M&H INC., ANGELA GIGLIO,
ELLIOT ZARETSKY, HAROLD ZARETSKY,
SHIRLEY ZARETSKY, LARRY DIBLASI,
LATONYA THOMPSON, PAMELA STEIN,
TERESA BUTLER, MICHAEL D. SOLOMON,
AMAZON.COM, INC., CAPITAL ONE BANK, N.A.,
SOLOMON & HERRERA, PLLC, EUROPEAN
AMERICAN BANK, IGLAR, HEAR-MORE, ABLE-
VISION, JP MORGAN CHASE BANK, N.A.,
DAVID WACHOLDER, RAOUL FELDER, SUSAN
RUBIN, DANIEL HERRERA, RICHARD HAUSE,
SAMUELSON, HAUSE & SAMUELSON, LLP,
RAOUL FELDER & PARTNERS, P.C., ALISA J.
EPSTEIN, JOHN DOES 1-9, JANE DOES 1-9,
UNITED STATES DEPARTMENT OF TREASURY,
and NEW YORK STATE DEPARTMENT OF
TAXATION,

       Defendants.
-----------------------------------------------------------------X

**JUDGMENT**
CV-10-3771 (SJF)(ETB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ JUN 1 9 2012 ★

LONG ISLAND OFFICE

An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been

filed on June 18, 2012, accepting in its entirety the October 13, 2011 Report and

Recommendation of Magistrate Judge E. Thomas Boyle, denying plaintiffs' motion for an

extension of time to comply with a court ordered deadline for the filing of a completed RICO

statement, granting the motions to dismiss of defendants Citibank, N.A. and JP Morgan Chase

Bank, N.A., dismissing in their entirety plaintiffs' RICO causes of action pursuant to Rules 16(f)

and 41(b) of the Federal Rules of Civil Procedure, dismissing plaintiffs' remaining state law

claims without prejudice pursuant to 28 U.S.C. § 1367(c)(3), and directing the Clerk of Court to enter judgment in favor of all defendants on plaintiffs' RICO claims and to close this case, it is

**ORDERED AND ADJUDGED** that plaintiffs take nothing of defendants; that plaintiffs' motion for an extension of time to comply with a court ordered deadline for the filing of a completed RICO statement is denied; that the motions to dismiss of defendants Citibank, N.A. and JP Morgan Chase Bank, N.A. are granted; that plaintiffs' RICO causes of action are dismissed in their entirety pursuant to Rules 16(f) and 41(b) of the Federal Rules of Civil Procedure; that plaintiffs' remaining state law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3); and that this case is hereby closed.

Dated: Central Islip, New York
June 19, 2012

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                        By:    /s/ Catherine Vukovich
                              Deputy Clerk